# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 15-3056** | **September Term, 2016** |
| | 1:13-cr-00203-RJL-3 |
| | 1:13-cr-00203-RJL-5 |
| | **Filed On:** April 10, 2017 |

United States of America,

    Appellee

    v.

Dawayne Brown, also known as Goon,

    Appellant

_____

**No. 15-3065**

    1:13-cr-00203-RJL-2
    1:13-cr-00203-RJL-3
    1:13-cr-00203-RJL-6

United States of America,

    Appellee

    v.

Marquette Boston, also known as Trap, also known as Quette,

    Appellant

------------------------------
Consolidated with 15-3066, 15-3067

### O R D E R

    Upon consideration of appellee's unopposed motion to consolidate appeals and for extension of time within which to file appellee's brief, it is

    **ORDERED** that the above-captioned appeals be reconsolidated under No. 15-3056.  It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-3056**                                                                                        September Term, 2016

    **FURTHER ORDERED** that the following schedule for the remainder of the briefing will now apply:

| | |
|---|---|
| Consolidated Brief for Appellee | 06/15/17 |
| Reply Briefs for Appellants | 07/17/17 |
| Deferred Appendix for No. 15-3056 | 07/24/17 |
| Final Briefs for Appellee and Appellant Brown | 08/07/17 |

    The pagination of the Deferred Appendix must be run consecutively to that of "Volume Three Joint Appendix for Appellants [Boston, Matthews, and Adona] Supplement Under Seal" filed on January 13, 2017. Appellant Brown should not duplicate in the Deferred Appendix material that is contained in the Joint Appendix.

                                                             **FOR THE COURT:**
                                                             Mark J. Langer, Clerk

                                  BY:    /s/
                                                      Robert J. Cavello
                                                      Deputy Clerk