# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 15-3056** | **September Term, 2016** |
| | 1:13-cr-00203-RJL-5 |
| | 1:13-cr-00203-RJL-6 |
| | 1:13-cr-00203-RJL-3 |
| | 1:13-cr-00203-RJL-2 |

Filed On: June 14, 2017 [1679520]

United States of America,

      Appellee

    v.

Dawayne Brown, also known as Goon,

      Appellant

------------------------------
Consolidated with 15-3065, 15-3066, 15-3067

## O R D E R

Upon consideration of appellee's unopposed motion for a 27-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these consolidated cases:

| | |
|---|---|
| Appellee's Consolidated Brief | July 12, 2017 |
| Appellants' Reply Briefs | August 11, 2017 |
| Deferred Appendix for No. 15-3056 | August 18, 2017 |
| Final Briefs for Appellant Brown and Appellee | September 1, 2017 |

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
            Rebecca L. Thompson
            Deputy Clerk