# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 15-3056** | **September Term, 2016** |
| | 1:13-cr-00203-RJL-5 |
| | 1:13-cr-00203-RJL-6 |
| | 1:13-cr-00203-RJL-3 |
| | 1:13-cr-00203-RJL-2 |
| | **Filed On: August 11, 2017** [1688477] |

United States of America,

    Appellee

    v.

Dawayne Brown, also known as Goon,

    Appellant

-----------------------------

Consolidated with 15-3065, 15-3066, 15-3067

## O R D E R

    Upon consideration of the unopposed motion of appellant Boston (No. 15-3065) for extension of time to file the reply brief, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these consolidated cases:

| | |
|---|---|
| Appellant Boston's Reply Brief | September 1, 2017 |
| Deferred Appendix for No. 15-3056 | September 8, 2017 |
| Final Briefs for Appellant Brown and Appellee | September 22, 2017 |

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                         BY:    /s/
                                        Michael C. McGrail
                                        Deputy Clerk