IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | NO. 15-3056 |
| DAWAYNE BROWN | : | |

<u>CONSENT MOTION FOR ORDER AUTHORIZING REPLY BRIEF
TO EXCEED WORD COUNT BY UP TO 535 WORDS AND ALLOWING
CORRECTION OF THE CERTIFICATE OF WORD COUNT IN THE
FINAL BRIEF</u>

By this motion, undersigned counsel seeks an order authorizing the Appellant's reply brief (filed August 11, 2017) to exceed the word count by up to 535 words. Undersigned counsel further requests that the order allow her to correct the certificate as to the word count in such reply brief when the final briefs are filed on or before September 1, 2017. To the extent that this motion may be deemed as having been filed out of time, undersigned counsel further requests that the Court accept her untimely motion for, as explained below, good cause. Undersigned counsel has communicated with the assigned AUSA James Ewing and advises that the government has no objection to allowing Appellant's brief to exceed the word count limit by 535 or to undersigned counsel filing this motion belatedly. In support, counsel states the following.

1. Undersigned counsel struggled to get appellant's brief under the

6,500 word limit for reply briefs so as to not have to file a motion to exceed the limit.

2. Late in the evening on August 9, 2017, undersigned counsel emailed the final reply brief to the Lex Group for filing. At that time, the word count which was displayed on her computer showed that the reply brief had 6,299, well within the 6,500 word limit.

3. Early on August 10, 2017, undersigned counsel emailed the Lex Group a certificate showing that the word count was 6,299.

4. Later in the day on August 10, the Lex Group made a minor technical change to the reply brief that resulted in an increase of a few words and, with undersigned counsel's consent, increased the word count on the certificate accordingly. At that point, undersigned counsel believed that the reply brief was ready to be filed on the following day, August 11, when it was due.

5. On the afternoon of August 11, 2017, the Lex Group realized that the word count in the certificate was incorrect and that the reason for the error was that it did not reflect the words in the footnotes of the reply brief. The Lex Group emailed undersigned counsel a cryptic message which undersigned counsel did not receive until after 1:20 pm on August 11, and, confused by the message, undersigned counsel did not realize the import of

the message until she saw a second email from the Lex Group around 9:00 pm which advised that the Lex Group had filed the reply brief notwithstanding the erroneous certificate and excessive word count. The Lex Group made no effort to telephone undersigned counsel.

6. The reply brief as filed actually exceeded the permissible word limit by 535 words. Exceeding the works count was completely unintentional and, had counsel known in a timely manner that the footnotes were not being reflected in the word count, she would have cut back on the length of the reply brief or timely filed a consent motion to exceed the limit.

Wherefore, undersigned counsel requests that this Court for good cause accept this motion and allow the reply brief filed August 11, 2017 to exceed the 6,500 word count by 535 words provided that undersigned counsel correct the certificate as to the word count on or before September 1, 2017 when the final briefs in this matter are to be filed.

Respectfully submitted,

/s/___Christine Pembroke_____
Christine Pembroke # 417913
Counsel for Dawayne Brown
3312 Dent Place, NW
Washington, DC 20007
Christine.Pembroke@yahoo.com
(202) 553-3118

## CERTIFICATE OF COMPLIANCE WITH WORD COUNT

  I hereby certify that the foregoing motion and does not exceed the word limit for motions and complies with the type-volume limitation of this Court's rules.

           __Christine Pembroke/s/_____
           Christine Pembroke

## CERTIFICATE OF SERVICE

  I hereby certify that, on August 13, 2017, I filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by the CM/ECF system and served that brief on Assistant United States Attorneys Elizabeth Trosman, Chief of the Appellate Division for the U.S. Attorney's Office for the District of Columbia, and James Ewing (both registered CM/ECF users) through the CM/ECF system.

           __Christine Pembroke/s/_____
           Christine Pembroke